1 Errol H. Stambler, Esq.
  10880 Wilshire Blvd., Suite 1050
2 Los Angeles, California 90024

3 O: (310) 473-4525
  F: (310) 475-8187
4 estambler@msn.com

5 California State Bar Number: 58374

6 Party for: **Alonso S. Rangel**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>PLAINTIFF, )<br>)<br>V. )<br>)<br>ALONSO S. RANGEL, )<br>)<br>)<br>DEFENDANT. )<br>_____ ) | CASE NO.: CR 05-578(B)-JFW<br><br>ORDER |

GOOD CAUSE HAVING BEEN FOUND AND WITH STIPULATION OF THE PARTIES - IT IS HEREBY ORDERED AS FOLLOWS:

The property of $375.00 in currency booked by D. Jenks of the Los Angeles Police Department on December 20, 2007, from defendant Alonzo Rangel. under **DR No. 07-9936688 (item#3)** be released to attorney Errol H. Stambler, 10880 Wilshire Blvd., Suite 1050, Los Angeles, Ca 90024 (310) 473-4525.

Mr. Stambler, is furthered Ordered to deposit such money into the account of Alonso Rangel (Reg.# 46836-112).

Dated: June 26, 2008

cc: USPO, USM, BOP

_____
Judge of the United States District Court